```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
BROOK BEVERAGE, INC.,                                    :
                                                         :
                              Plaintiff,                 :
                                                         :        20-cv-9275 (VSB)
               -against-                                 :
                                                         :            ORDER
PEPSI-COLA BOTTLING COMPANY OF                           :
NEW YORK, INC.,                                          :
                                                         :
                              Defendant.                 :
                                                         :
---------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      In light of the representations made at the November 18, 2020 conference held in the above-captioned case, it is hereby:

      ORDERED that the parties shall submit a joint status update to the Court on or before November 25, 2020.

SO ORDERED.

Dated: November 18, 2020
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge