UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      :
BROOK BEVERAGE, INC.,      :
      :
            Plaintiff,  :
      :    20-cv-9275 (VSB)
     -against-  :
      :    **ORDER**
PEPSI-COLA BOTTLING COMPANY OF  :
NEW YORK, INC.,      :
      :
            Defendant.  :
      :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2020

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of the November 25, 2020 status update provided by Plaintiff. (Doc. 23.) In it, Plaintiff represents that the parties met and conferred and agreed that 1) Plaintiff would not attempt to transfer any of the late Joseph Eliseo's shares at issue in this litigation until the issuance of Letters Testamentary, and 2) Defendant would not take any action to terminate its distribution agreement with Plaintiff before December 15, 2020, when the parties intend to provide a subsequent update. (*Id.*) The parties also request a telephonic with me on or shortly after December 15, 2020. (*Id.*) Accordingly, it is hereby:

    ORDERED that the parties are directed to appear for a telephonic conference on December 15, 2020 at 12 PM. The conference line is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated:  November 29, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge