```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BROOK BEVERAGE, INC.,                                       :
                                                            :
                              Plaintiff,                    :
                                                            :          20-cv-9275 (VSB)
              -against-                                     :
                                                            :                 ORDER
PEPSI-COLA BOTTLING COMPANY OF                              :
NEW YORK, INC.,                                             :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

In light of representations made at the December 15, 2020 status conference in the above-captioned case, (Doc. 25), it is hereby:

ORDERED that the parties are directed to appear for a telephonic conference on January 6, 2021 at 12 PM. The conference line is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated:  December 15, 2020
        New York, New York

Vernon S. Broderick
United States District Judge