```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
BROOK BEVERAGE, INC.,                                    :
                                                         :
                           Plaintiff,                    :
                                                         :         20-cv-9275 (VSB)
         -against-                                       :
                                                         :              ORDER
PEPSI-COLA BOTTLING COMPANY OF                           :
NEW YORK, INC.,                                          :
                                                         :
                           Defendant.                    :
                                                         :
-------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

In light of representations made at the January 6, 2021 status conference in the above-captioned case, (Doc. 42), it is hereby:

ORDERED that the parties are directed to appear for a telephonic conference on January 27, 2021 at 12:00 p.m.  The dial-in number for the conference is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated: January 7, 2021
       New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge