UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
BROOK BEVERAGE, INC.,                        :
                                         :   20-cv-9275 (VSB)
                                         :
        Plaintiff,                              :
                                         :
        -- against --                         :   ~~PROPOSED~~ ORDER
                                         :
PEPSI-COLA BOTTLING                         :
COMPANY OF NEW YORK INC.,      :
                                         :
        Defendant.                            :
---------------------------------------------X

**WHEREAS,** by Order dated February 16, 2021 (Docket No. 53) this Court issued certain preliminary injunctive relief (the "Inunction"), under which the parties have since been operating; and

**WHEREAS**, by letter dated October 4, 2021 the parties notified the Court that they have reached a negotiated settlement of their underlying dispute, which settlement would render the Injunction moot and include their filing of a Stipulation of Discontinuance pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

**NOW**, upon the parties' joint application, this Court's Order of February 16, 2021 and all injunctive relief granted thereunder, is hereby vacated and dissolved, and of no further effect.

**SO-ORDERED:**

_____
**HON. VERNON S. BRODERICK, U.S.D.J.**
October 5, 2021